```
------------------------------------ x
UNITED STATES OF AMERICA,           :
        Plaintiff,                  :
                -v.-                :   JUDGMENT OF FORFEITURE
$2,000,803.84 IN UNITED STATES CURRENCY, : 21 Civ. 8339 (AKH)
        Defendant-in-rem.           :
                                    :
------------------------------------ x
```

WHEREAS, on or about October 8, 2021, the United States of America ("United States" or "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant Funds, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"), seeking to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as proceeds of mail fraud, wire fraud and bank fraud, the following:

    a. $2,000,803.84 in United States currency (the "Defendant Funds");

WHEREAS, notice of the Verified Complaint against the Defendant Funds was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 15, 2021, through November 13, 2021, and proof of such publication was filed with the Clerk of this Court on December 21, 2021 (D.E. 4);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant Funds and the intent of the United States to forfeit and dispose of the Defendant Funds, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant Funds, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, the only individual and/or entity known by the Government to have a potential interest in the Defendant Funds is Wells Fargo, N.A., which has agreed and consented to the forfeiture of the Defendant Funds pursuant to a Stipulation and Order of Settlement and Dismissal entered in the matter *United States v. Wells Fargo Bank, N.A*, 21 Civ. 8007 (JGK); and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant Funds shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant Funds, according to law.

Dated: New York, New York

   February 1, 2022

SO ORDERED:

/s/ Alvin K. Hellerstein
_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE